# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **LEE ROY WALLACE, SID #1146552,** § § | |
| **Plaintiff,** § § § | **SA-22-CV-00870-XR** |
| v. § § | |
| **BEXAR COUNTY, TX and STATE OF TEXAS,** § § § | |
| **Defendants.** § § § | |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Lee Roy Wallace's 42 U.S.C. § 1983 Amended Civil Rights Complaint, the Court renders the following Final Judgment pursuant to Fed. R. Civ. P. 58.

**IT IS HEREBY ORDERED** that Plaintiff Lee Roy Wallace's 42 U.S.C. § 1983 claims against Defendant State of Texas are **DISMISSED WITHOUT PREJUDICE FOR WANT OF JURISDICTION**. *See* U.S. Const. amend. XI.

**IT IS FURTHER ORDERED** that Plaintiff Lee Roy Wallace's 42 U.S.C. § 1983 claims against Defendant Bexar County are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b). To the extent Plaintiff Lee Roy Wallace sued the BCADC, those 42 U.S.C. § 1983 claims are also **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b).

**IT IS FURTHER ORDERED** that to the extent he seeks release, Plaintiff Lee Roy Wallace's 42 U.S.C. § 1983 claims are **DISMISSED WITHOUT PREJUDICE** to the refiling of

a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus in a proper venue after exhaustion of his state–court remedies. *See* 28 U.S.C. § 2241.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

The Clerk of Court shall send a copy of this Final Judgment and the Order of Dismissal in this case to the keeper of the three–strikes list.

It is so **ORDERED**.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE